# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Richard J. Clarson, et al.

                                   Plaintiff,

v.                                                           Case No.: 1:19–cv–02011
                                                                  Honorable Charles P. Kocoras

Trilantic Capital Partners IV L.P., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 20, 2020:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Stipulation of Dismissal of Claims filed on 7/16/20 [42], this action is dismissed with prejudice and without costs to any party. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.